

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00328-CR

Carlos Omar **MARTINEZ RIVERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 05-CRS-324
Honorable Alex William Gabert, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED May 15, 2019.

_____
Liza A. Rodriguez, Justice